UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

JAMES ALBERTO MURILLO                    Case No. 1:16-cv-20762-KMW
himself and others similarly situated,

    Plaintiff,

v.

OCEAN DOORS AND WINDOWS, INC., a
Florida corporation and YUXMIEL MUJICA,
Individually,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, OCEAN DOORS AND WINDOWS, INC. and YUXMIEL MUJICA (hereinafter "Defendants"), by and through their undersigned counsel and pursuant to the Court's Order D.E. 5, hereby file their Response to Plaintiff's Statement of Claim, and state the following:

1. <u>Period of Claim</u>: May 8, 2014 - February 13, 2016

2. <u>Rate of Pay:</u>  May 8, 2014- January 2, 2016 - $120 per day

        January 4, 2016 –February 12, 2016 - $15 per hour

3. <u>Wages paid:</u>  See attached chart. (Exhibit A)

Dated: April 18, 2016                           Respectfully submitted,

                                                              s/York M. Flik
                                                              York M. Flik
                                                              Florida Bar No. 0101109
                                                              yflik@anblaw.com
                                                              ALLEN, NORTON & BLUE, P.A.
                                                              121 Majorca Avenue, Suite 300
                                                              Coral Gables, Florida 33134
                                                              Tel:  (305) 445-7801

384842

Fax: (305) 442-1578
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ York M. Flik
Attorney

## SERVICE LIST

Murillo vs. Ocean Doors and Windows, et al.
CASE NO: 1:16-cv-20762-KMW

York M. Flik, Esquire
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:   305.445.7801
Fax:   305.442.1578
yflik@anblaw.com

*Counsel for Defendants*

Daniel T. Feld, Esq.
Daniel T. Feld, P.A.
2847 Hollywood Boulevard
Hollywood, FL 33020
Tel.: (305) 308-5619
Email: danielfeld.esq@gmail.com

*Counsel for Plaintiff*

Isaac Mamane, Esq.
Mamane Law, LLC
1150 Kane Concourse (1150 96th Street)
Fourth Floor
Bay Harbor Islands, FL 33154
Tel.: (305) 773-6661

384842

*Co-Counsel for Plaintiff*

384842