| Pay Period Pay Date | Beginning | End | Days Worked | Amount Paid |
|---|---|---|---|---|
| 5/9/2014 | 5/8/2014 | 5/9/2014 | 2 | $240.00 |
| 5/16/2014 | 5/12/2014 | 5/16/2014 | 5 | $600.00 |
| 5/23/2014 | 5/19/2014 | 5/23/2014 | 5 | $600.00 |
| 5/30/2014 | 5/27/2014 | 5/31/2014 | 4 | $480.00 |
| 6/6/2014 | 6/2/2014 | 6/7/2014 | 6 | $600.00 |
| 6/13/2014 | 6/9/2014 | 5/14/2014 | 6 | $720.00 |
| 6/20/2014 | 6/16/2014 | 6/21/2014 | 6 | $720.00 |
| 6/27/2014 | 6/23/2014 | 6/29/2014 | 7 | $870.00 |
| 7/3/2014 | 6/30/2014 | 7/6/2014 | 6 | $750.00 |
| 7/11/2014 | 7/7/2014 | 7/13/2014 | 7 | $750.00 |
| 7/18/2014 | 7/14/2014 | 7/19/2014 | 6 | $720.00 |
| 7/25/2014 | 7/21/2014 | 7/26/2014 | 6 | $720.00 |
| 8/1/2014 | 7/28/2014 | 8/2/2014 | 6 | $720.00 |
| 8/8/2014 | 8/4/2014 | 8/9/2014 | 6 | $720.00 |
| 8/15/2014 | 8/11/2014 | 8/16/2014 | 6 | $720.00 |
| 8/22/2014 | 8/18/2014 | 8/23/2014 | 4 | $480.00 |
| 8/29/2014 | 8/25/2014 | 8/30/2014 | 6 | $720.00 |
| 9/5/2014 | 9/1/2014 | 9/6/2014 | 5 | $600.00 |
| 9/12/2014 | 9/8/2014 | 9/13/2014 | 6 | $720.00 |
| 9/19/2014 | 9/15/2014 | 9/20/2014 | 6 | $720.00 |
| 9/26/2014 | 9/22/2014 | 9/27/2014 | 6 | $720.00 |
| 10/3/2014 | 9/30/2014 | 10/4/2014 | 5 | $600.00 |
| 10/10/2014 | 10/6/2014 | 10/11/2014 | 6 | $720.00 |
| 10/17/2014 | 10/13/2014 | 10/17/2014 | 5 | $720.00 |
| 10/24/2014 | 10/20/2014 | 10/25/2014 | 6 | $720.00 |
| 10/31/2014 | 10/27/2014 | 10/31/2014 | 5 | $600.00 |
| 11/7/2014 | 11/3/2014 | 11/7/2014 | 5 | $600.00 |
| 11/14/2014 | 11/10/2014 | 11/14/2014 | 5 | $600.00 |
| 11/21/2014 | 11/17/2014 | 11/22/2014 | 6 | $720.00 |
| 11/26/2014 | 11/24/2014 | 11/26/2014 | 3 | $360.00 |
| 12/1/2014 | 11/27/2014 | 11/28/2014 | 2 | $240.00 |
| 12/5/2014 | 12/1/2014 | 12/6/2014 | 6 | $720.00 |
| 12/12/2014 | 12/8/2014 | 12/13/2014 | 6 | $720.00 |
| 12/19/2014 | 12/15/2014 | 12/20/2014 | 6 | $720.00 |
| 12/26/2014 | 12/22/2014 | 12/26/2014 | 5 | $600.00 |
| 12/30/2014 | 12/29/2014 | 12/30/2014 | 2 | $240.00 |



| Pay Period Pay Date | Beginning | End | Days Worked | Amount Paid |
|---|---|---|---|---|
| 1/2/2015 | 1/2/2015 | 1/3/2015 | 2 | $240.00 |
| 1/9/2015 | 1/5/2015 | 1/10/2015 | 4 | $480.00 |
| 1/16/2015 | 1/12/2015 | 1/17/2015 | 6 | $720.00 |
| 1/23/2015 | 1/19/2015 | 1/24/2015 | 6 | $720.00 |
| 1/30/2015 | 1/26/2015 | 1/31/2015 | 6 | $720.00 |
| 2/6/2015 | 2/2/2015 | 2/7/2015 | 6 | $720.00 |
| 2/13/2015 | 2/9/2015 | 2/14/2015 | 6 | $720.00 |
| 2/20/2015 | 2/16/2015 | 2/21/2015 | 6 | $720.00 |
| 2/27/2015 | 2/23/2015 | 2/28/2015 | 6 | $720.00 |
| 3/6/2015 | 3/2/2015 | 3/7/2015 | 6 | $720.00 |
| 3/13/2015 | 3/9/2015 | 3/14/2015 | 5 | $600.00 |
| 3/20/2015 | 3/16/2015 | 3/21/2015 | 6 | $720.00 |
| 3/27/2015 | 3/23/2015 | 3/28/2015 | 6 | $720.00 |
| 4/3/2015 | 3/30/2015 | 4/4/2015 | 6 | $720.00 |
| 4/10/2015 | 4/6/2015 | 4/11/2015 | 6 | $720.00 |
| 4/17/2015 | 4/13/2015 | 4/18/2015 | 6 | $880.00 |
| 4/24/2015 | 4/20/2015 | 4/25/2015 | 6 | $880.00 |
| 5/1/2015 | 4/27/2015 | 5/2/2015 | 7 | $880.00 |
| 5/8/2015 | 5/4/2015 | 5/9/2015 | 7 | $880.00 |
| 5/15/2015 | 5/11/2015 | 5/16/2015 | 6 | $720.00 |
| 5/22/2015 | 5/18/2015 | 5/23/2015 | 7 | $880.00 |
| 5/29/2015 | 5/25/2015 | 5/30/2015 | 6 | $720.00 |
| 6/5/2015 | 6/1/2015 | 6/6/2015 | 6 | $720.00 |
| 6/12/2015 | 6/8/2015 | 6/13/2015 | 6 | $720.00 |
| 6/19/2015 | 6/15/2015 | 6/20/2015 | 6 | $720.00 |
| 6/26/2015 | 6/22/2015 | 6/27/2015 | 6 | $720.00 |
| 7/3/2015 | 6/29/2015 | 7/4/2015 | 7 | $960.00 |
| 7/10/2015 | 7/6/2015 | 7/11/2015 | 6 | $720.00 |
| 7/17/2015 | 7/13/2015 | 7/18/2015 | 6 | $720.00 |
| 7/24/2015 | 7/20/2015 | 7/25/2015 | 5 | $600.00 |
| 7/31/2015 | 7/27/2015 | 8/1/2015 | 6 | $720.00 |
| 8/7/2015 | 8/3/2015 | 8/8/2015 | 6 | $780.00 |
| 8/14/2015 | 8/10/2015 | 8/15/2015 | 6 | $720.00 |
| 8/21/2015 | 8/17/2015 | 8/22/2015 | 6 | $720.00 |
| 8/28/2015 | 8/24/2015 | 8/29/2015 | 5 | $600.00 |
| 9/4/2015 | 8/31/2015 | 9/5/2015 | 5 | $600.00 |
| 9/11/2015 | 9/7/2015 | 9/12/2015 | 4 | $480.00 |
| 9/18/2015 | 9/14/2015 | 9/19/2015 | 5 | $600.00 |
| 9/25/2015 | 9/21/2015 | 9/26/2015 | 5 | $600.00 |
| 10/2/2015 | 9/28/2015 | 10/3/2015 | 5 | $600.00 |
| 10/9/2015 | 10/5/2015 | 10/10/2015 | 6 | $720.00 |
| 10/16/2015 | 10/12/2015 | 10/17/2015 | 6 | $720.00 |
| 10/23/2015 | 10/19/2015 | 10/24/2015 | 6 | $720.00 |
| 10/30/2015 | 10/26/2015 | 10/31/2015 | 6 | $720.00 |
| 11/6/2015 | 11/2/2015 | 11/7/2015 | 5 | $600.00 |

| | | | | |
|---|---|---|---|---|
| 11/13/2015 | 11/9/2015 | 11/14/2015 | 5 | $600.00 |
| 11/20/2015 | 11/16/2015 | 11/21/2015 | 5 | $600.00 |
| 11/25/2015 | 11/23/2015 | 11/28/2015 | 6 | $840.00 |
| 12/4/2015 | 11/30/2015 | 12/5/2015 | 6 | $720.00 |
| 12/11/2015 | 12/7/2015 | 12/12/2015 | 6 | $720.00 |
| 12/18/2015 | 12/14/2015 | 12/19/2015 | 7 | $870.00 |
| 12/23/2015 | 12/21/2015 | 12/26/2015 | 3 | $360.00 |
| 12/29/2015 | 12/28/2015 | 1/2/2016 | 3 | $360.00 |

| Pay Date | Beginning | End | Hours Worked | Amount Paid |
|---|---|---|---|---|
| 1/15/2016 | 12/27/2015 | 1/9/2016 | 40 | $ 549.10 |
| 1/29/2016 | 1/10/2016 | 1/23/2016 | 80 | $ 1,029.20 |
| 2/12/2016 | 1/24/2016 | 2/6/2016 | 80 | $ 1,029.20 |
| 2/26/2016 | 2/7/2016 | 2/20/2016 | 40 | $ 549.10 |